IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK FUKUDA,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>CONSULATE GENERAL OF JAPAN, A.K.A. JAPANESE MINISTRY OF FOREIGN AFFAIRS; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENT ENTITIES 1-10,<br><br>　　　Defendants. | CIVIL NO. 15-00143 DKW KSC<br><br>**ORDER DISMISSING CASE** |

## **ORDER DISMISSING CASE**

On April 24, 2015, the magistrate judge entered an order denying Plaintiff pro se Mark Fukuda's Application to Proceed In Forma Pauperis.  The April 24, 2015 order directed Fukuda to remit the filing fee by May 8, 2015, and cautioned that failure to do so would result in the dismissal of this action.  As of the date of this order, Fukuda has not paid the required filing fee.

1

Federal Rule of Civil Procedure 41(b) authorizes involuntary dismissal for failure "to prosecute or to comply with [the federal] rules or a court order." Fed.R.Civ.P. 41(b). To determine whether dismissal is appropriate, the Court must consider five factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to defendants/respondents; (4) the availability of less drastic alternatives; and (5) the public policy favoring disposition of cases on their merits." *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002). The public interest in expeditious resolution of this litigation and the Court's interest in managing its docket outweigh the policy favoring disposition of cases on the merits. The Court finds that the balance of the five factors weighs in favor of dismissal.

Here, dismissal is appropriate given Fukuda's failure to pay the required filing fee and to comply with a previous court order. *See In re Perroton*, 958 F.2d 889 (9th Cir. 1992) (affirming dismissal of pro se litigant's appeal for failure to pay required filing fee); *see also Hamrick v. Fukino*, 2009 WL 1404535, at *2 (D. Haw. May 20, 2009) (holding that plaintiff's failure to pay the filing fee or file an application to proceed in forma pauperis were sufficient grounds to recommend dismissal of the action).

Accordingly, the Court hereby ORDERS that the case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 11, 2015 at Honolulu, Hawaiʻi.



Derrick K. Watson
United States District Judge

---

*Mark Fukuda v. Consulate General of Japan, A.K.A., et al.;*
Civil No. 15-00143 DKW-KSC; **ORDER DISMISSING CASE**