# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| MARK FUKUDA<br><br>　　　　Plaintiff,<br><br>　　V.<br><br>CONSULATE GENERAL OF JAPAN, A.K.A. JAPANESE MINISTRY OF FOREIGN AFFAIRS; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENT ENTITIES 1-10,<br><br>　　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: **CIVIL NO. 15-00143 DKW KSC**<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>May 11, 2015<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED without Prejudice pursuant to the "Order of Dismissal" filed on May 11, 2015.

| | |
|---|---|
| May 11, 2015 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by ES |
| | (By) Deputy Clerk |